SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  *Intake Clerk* *

        2.  *Case Administrator*

UC

FROM:    *Financial Administrator*

DATE: 7/15/2016

CASE NAME: Farmery

CASE NUMBER: 13-70424-JAD

---

Check Number 1000810 in the amount of $ 5.00 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 11542        Intake Clerk's Initials: [signature]

---

*    AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
### 600 GRANT STREET
### PITTSBURGH, PA 15219
### TELEPHONE: (412) 471-5566
### FAX: (412) 471-5470
### Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
07/13/2016

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA  15219 | | Erie,  PA  16501 |

Re: BOBBI J. FARMERY

Case No: 13-70424JAD

Dear Mr. Rhodes:

  I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
  These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.
.

Us Bank Na
C/O Jpmorgan Chase Bank Na
3415 Vision Dr
Oh-7133
Columbus,OH 43219

CHECK NUMBER 1000810        AMOUNT $5.00

  The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:KENNETH P SEITZ ESQ
BOBBI J. FARMERY

Us Bank Na